B8 (Form 8) (12/08)

# United States Bankruptcy Court
### Eastern District of Michigan

In re: **Robert Alan Hover, Stephanie Ann Hover**, Debtor(s)

Case No.
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| | |
|---|---|
| **Creditor's Name:**<br>Christian Financial Credit Union | **Describe Property Securing Debt:**<br>Residence located at 1365 Turtle Creek Lane in Oakland Township, MI. 2009 SEV $606,150). Foreclosure sale conducted in 2/09. 1 year extended redemption period expires 4/10. |

Property will be (check one):
■ Surrendered   ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt   ■ Not claimed as exempt

---


B8 (Form 8) (12/08)   Page 2

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**IndyMac Federal Bank, FSB** | **Describe Property Securing Debt:**<br>**Residence located at 1365 Turtle Creek Lane in Oakland Township, MI.  2009 SEV $606,150).  Foreclosure sale conducted in 2/09.  1 year extended redemption period expires 4/10.** |

Property will be (check one):
    ■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt          ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease.  Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com      Best Case Bankruptcy

10-50661-swr    Doc 8    Filed 03/31/10    Entered 03/31/10 14:53:26    Page 2 of 3

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

| | | | |
|---|---|---|---|
| Date | **March 31, 2010** | Signature | **/s/ Robert Alan Hover** |
| | | | **Robert Alan Hover** |
| | | | Debtor |
| | | | |
| Date | **March 31, 2010** | Signature | **/s/ Stephanie Ann Hover** |
| | | | **Stephanie Ann Hover** |
| | | | Joint Debtor |