UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

ROBERT ALAN HOVER and                              No.  10-50661-SWR
STEPHANIE ANN HOVER,                               Chapter 7
                                                   Judge Rhodes

         Debtors.
_____/

## ORDER DEFINING DEBTORS' CLAIMS OF EXEMPTION

The matter having come before the Court on the Stipulation For Entry of an Order Defining Debtors' Claims of Exemption (the "Stipulation"); and the Court being duly advised in the premises:

IT IS THEREFORE ORDERED that the Debtors' claims of exemption in the Furniture (as that term is defined in the Stipulation) is limited to the total $20,000.00 claimed exempt on the Debtors respective Schedule Cs.

IT IS FURTHER ORDERED that any value of the Furniture in excess of $20,000.00 is property of the bankruptcy estate.

IT IS FURTHER ORDERED that nothing herein shall preclude the Debtors from filing amended schedules.

                                    .

**Signed on June 15, 2010**

                                   _____/s/ Steven Rhodes_____
                                      **Steven Rhodes**
                                      **United States Bankruptcy Judge**